UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES JIMMY GONZALES,

    Plaintiff,

    v.

JEFF ROSEN, *et al.*,

    Defendants.

Case No.  14-cv-01232-JD

**ORDER DISMISSING CASE**

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983.  The Court identified four cases previously filed by plaintiff that were "strikes" pursuant to 28 U.S.C. § 1915(g).  Plaintiff was ordered to show cause why in forma pauperis should not be denied and why he should not be required to pay the entire filing fee to continue with this case.  The time to respond passed and plaintiff did not file a response so he was ordered to pay the filing fee or the case would be dismissed.  The time to pay the filing fee has passed and plaintiff has not paid or otherwise communicated with the court.  This action is **DISMISSED** and the clerk shall close the case.

**IT IS SO ORDERED.**

Dated: August 5, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JIMMY GONZALES,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF ROSEN, et al.,<br><br>    Defendants. | Case No.   14-cv-01232-JD<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 8/6/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Jimmy Gonzales
885 N. San Pedro Streeet
BWJ-903
San Jose, CA 95110

Dated: 8/6/2014

                                          Richard W. Wieking
                                          Clerk, United States District Court

                                          By:_*Lisa R. Clark*
                                          LISA R. CLARK, Deputy Clerk to the
                                          Honorable JAMES DONATO